# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:13-CR-260-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GLENN SYLVESTER JACKSON, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | | |

The court DIRECTS Cindy Bembry Johnson to respond to defendant's letter of March 4, 2026 [D.E. 106].

SO ORDERED. This _20_ day of March, 2026.

JAMES C. DEVER III
United States District Judge